JOHN W. KELLY, Respondent, v. MONARCH MORTGAGE CORPORATION and RALPH POWERS, Appellants.— Order modified by reciting the pleadings therein, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HELEN ZIEMBA, an Infant, etc., Respondent, v. ABI A. BOOLAS and Another, Doing Business under the Name and Style of B. & B. MOTOR SALES COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARRIE STRONGO, an Infant, etc., Appellant, v. WARREN J. MUNN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Assignment for the Benefit of Creditors of WALLACE MACPHERSON.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GUISEPPE MARIANO, as Administrator, etc., of LOUIS MARIANO, Deceased, Respondent, v. GEORGE H. FENTON, Appellant.—Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDITH DERAWAY and Another, Appellants, v. W. BURTON ROBERTS, as Sheriff of the County of Lewis, Respondent.— Judgment and orders affirmed, with costs, upon the following grounds: The verdict in favor of the defendant was justified by the evidence. The judgment as entered was in accord with the issues presented to the jury for determination without objection on the part of the plaintiff. The case was, therefore, tried as though defendant had demanded a return of the chattels under section 1119 of the Civil Practice Act. Except as a basis for an affirmative judgment in favor of the defendant, there was no reason for fixing the value of the chattels. (Civ. Prac. Act, § 1120.) Under such circumstances the judgment as entered was not erroneous. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HARRY A. ERCKERT, as Administrator, etc., of ELIZABETH J. ERCKERT, Deceased, Respondent, v. WESTERN NEW YORK MOTOR LINES, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ISADORE A. RUBENSTEIN, Respondent, v. SAMUEL D. SOLOMON, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GABOR NAGY, Respondent, v. JOHN SZOKE and Another, Appellants.— Judgment affirmed, with costs, on the ground that the parties at the trial fixed the issues to be submitted to the jury; and they were submitted by the court without any objection or exception and without any motion for a directed verdict. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.